4293. HUNT v. MAYOR AND COUNCIL OF MACON.

POTTLE, J. 1. "In order for this court to review the refusal of the judge of the superior court to sanction a certiorari, the petition for certiorari must be incorporated in the bill of exceptions, or otherwise verified as a part thereof by the trial judge. An unsanctioned petition can not be specified as a part of the record. *Clark* v. *Deal*, 4 *Ga. App.* 326 (61 S. E. 295); *Hall* v. *State*, 2 *Ga. App.* 437 (58 S. E. 558)." *Wimpey* v. *Gainesville*, 6 *Ga. App.* 112 (64 S. E. 281). See, also, *Hanlon* v. *Atlanta*, 6 *Ga. App.* 786 (65 S. E. 815).

2. Being no part of the record, an unsanctioned petition for certiorari must be identified by the certificate of the trial judge. A certificate from the clerk of the trial court that such a petition is a part of the bill of exceptions, when in fact it is not so, can not be considered.

*Writ of error dismissed.*

DECIDED SEPTEMBER 17, 1912.

Petition for certiorari; from Bibb superior court—Judge Harris. June 5, 1912.

*C. A. Glawson,* for plaintiff in error.   *A. W. Lane, R. W. Barnes,* contra.